# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

| | |
|---|---|
| Douglas Harris,<br>*Plaintiff(s)*<br><br>v.<br><br>Monsanto Company, et al,<br>*Defendant(s)* | Case Number:  16-823-MJR-PMF |

## NOTICE OF ERRORS AND/OR DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS

One of the following errors/deficiencies has been identified in the document listed above:

☒     Other: *See Local Rule 83.1(f).  In all cases filed in, removed to, or transferred to this court, all attorneys, including government attorneys, shall file a written entry of appearance before addressing the court.  Attorney John Backes Prior does not have a Notice of Appearance on file in this case.*

## ACTION TAKEN BY CLERK'S OFFICE

☒     Other:  *Notice of Errors filed*

## ACTION REQUIRED BY FILER

☒     Other: *A Notice of Appearance must be filed to comply with Local Rule 83.1(f).*

Dated: July 20, 2016

JUSTINE FLANAGAN, Acting Clerk of Court

By:  *s/ Tammy McMannis*
         Deputy Clerk